E-FILED
Thursday, 31 March, 2005  03:35:09 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

ANTHONY R. HUGHES,            )
                              )
    Petitioner,              )
                              )
v.                            )    Case No. 05-1103
                              )
R.V. VEACH,                   )
                              )
    Respondent.              )

### ORDER

Before the Court is Anthony Hughes' (Hughes') Petition for Writ of Habeas Corpus [Doc. # 1], in which Hughes attempts to challenge his 1996 sentence (imposed in the Eastern District of Wisconsin) based on United States v. Booker, Nos. 04-104 and 04-105, 2005 WL 50108 (U.S. Jan. 12, 2005).  Hughes has previously filed a motion for relief pursuant to 28 U.S.C. § 2255 in the Eastern District of Wisconsin.

The Seventh Circuit has found challenges such as this are premature considering the Supreme Court has not made the rule announced in Booker retroactive.  See Simpson v. United States, 376 F.3d 679, 681-82 (7th Cir. 2004).  At any rate, considering Hughes has already filed a section 2255 petition, he must obtain authorization from the Court of Appeals prior to bringing such a challenge here, and should the challenge be allowed it should be brought in the Eastern District of Wisconsin, not here.  See 28 U.S.C. § 2255.

IT IS THEREFORE ORDERED that Anthony Hughes' (Hughes') Petition for Writ of Habeas Corpus [Doc. # 1] is DENIED.

CASE TERMINATED.

Entered this  31st  day of March, 2005.

```
             s/ Joe B. McDade
            JOE BILLY McDADE
     Chief United States District Judge
```