# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**Anthony R. Hughes**

    vs.        Case Number: **05-1103**

**R V Veach**

**DECISION BY THE COURT**. This action came before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Judgment is entered denying the Petitioner's Petition for Writ of Habeas Corpus. Case terminated.

ENTER this 31st day of March, 2005

s/John M. Waters
JOHN M. WATERS, CLERK

s/R. Knox
_____
BY: DEPUTY CLERK