E-FILED
Wednesday, 01 June, 2005 04:23:35 PM
Clerk, U.S. District Court, ILCD

FILED
JUN - 1 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

ANTHONY R. HUGHES,  )
                                )
      Petitioner-Appellant,  )
                                )  No. 05-1103
                                )
  v.                            )
                                )  **NOTICE OF APPEAL**
R.V. VEACH,  )
                                )
     Respondent-Appellee.  )

NOTICE is hereby given that petitioner, ANTHONY R. HUGHES, appearing pro se, appeals to the United States Court of Appeals for the Seventh Circuit from this Court's order (filed March 31, 2005) denying petition for writ of habeas corpus.

Dated: March 28, 2005

Respectfully submitted,

*Anthony R. Hughes*
Anthony R. Hughes
Reg. No. 04549-089
FCI Pekin
Post Office Box 5000
Pekin, Illinois 61555-5000

Appearing Pro Se