## SEVENTH CIRCUIT APPEAL INFORMATION SHEET

*Include names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use separate sheet if needed.*

District: Central District of Illinois          Docket No.: 05-1103

Division: Peoria

***Plaintiff (Petitioner)      Short Caption      Defendant (Respondent)***

Hughes                              v.            Veach

---

**Current Counsel for Plaintiff (Petitioner):**     **Current Counsel for Defendant (Respondent):**

*(Use separate sheet for additional counsel)*

Name: Anthony R. Hughes                Name: Unknown

Firm: FCI Pekin                        Firm:

Address: PO Box 5000                   Address:

Pekin, IL 61555-5000

Phone: 309-346-8588                    Phone:

---

Judge: Joe B. McDade                   Nature of Suit Code: 530

Court Reporter:                        Date Filed in District Court: 3/31/05

                                       Date of Judgment: 3/31/05

                                       Date of Notice of Appeal: 6/1/05

Counsel:    ___Appointed    ___Retained    __X_Pro Se

Fee Status:    ___Paid    __X_Due    ___IFP    ___IFP Pending    ___U.S.    ___Waived

(Please mark only 1 item above)

Has Docketing Statement been filed with the District Court's Clerk's Office:    ___Yes    __X_No

If 28 U.S.C. §2254 or 28 U.S.C. §2255, was certificate of appealability: ___granted; ___denied; ___pending

If certificate of appealability was granted or denied, what is the date of the order: _____

If Defendant is in Federal custody, please provide United States Marshal number (USM#): _____

**IMPORTANT: THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(a).**