**E-FILED**
Tuesday, 07 June, 2005 03:48:20 PM
Clerk, U.S. District Court, ILCD




# United States District Court
## central district of illinois

**JOHN M. WATERS**
**clerk of court**

**TEL:** 309.671.7117
**FAX:** 309.671.7120

**office of the clerk**
**309 U.S. COURTHOUSE**
**100 N.E. MONROE STREET**
**PEORIA, ILLINOIS 61602**

June 7, 2005

GINO AGNELLO, CLERK
COURT OF APPEALS
219 S. Dearborn St.
Chicago, IL 60604

RE: Hughes v. Veach
D. C. Docket No. 05-1103
U. S. C. A. Docket No.

Dear Mr. Agnello:

I am sending you herewith the original/supplemental (delete inapplicable entry) record on appeal. It consists of the following:

1- Volumes of Pleadings

Volumes of Transcript

Volumes of Depositions

Volumes of Exhibits:

Impounded Exhibits:

Other (specify):

Please acknowledge date of receipt of the above-mentioned materials on the attached copy of this letter.

Very truly yours,

JOHN M. WATERS, CLERK

BY: s/ T. Kelch
Deputy Clerk

13, APPEAL, CLOSED, HABEAS, PRO SE

**U.S. District Court**
**Central District of Illinois (Peoria)**
**CIVIL DOCKET FOR CASE #: 1:05-cv-01103-JBM**
**Internal Use Only**

Hughes v. Veach
Assigned to: Judge Joe Billy McDade
Cause: 28:2241 Petition for Writ of Habeas Corpus (federa

Date Filed: 03/31/2005
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: Federal Question

**Petitioner**

**Anthony R Hughes** represented by **Anthony R Hughes**
04549-089
PEKIN
Federal Correctional Institution
PO Box 5000
Pekin, IL 61555-5000
309-346-8588
PRO SE

A TRUE COPY
ATTEST:
JOHN M. WATERS, CLERK
BY:
s/ T. Kelch
DEPUTY CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DATE: 6/7/05

V.

**Respondent**

**R V Veach**

| Date Filed | # | Docket Text |
|---|---|---|
| 03/31/2005 | 1 | PETITION for Writ of Habeas Corpus; and Memorandum of Points and Authorities, filed by Pro Se Pet Anthony R Hughes.(RK, ilcd) (Entered: 03/31/2005) |
| 03/31/2005 | 2 | ORDER denying 1 Petition for Writ of Habeas Corpus. Case Terminated. Entered by Judge Joe Billy McDade on 3/31/05. (RK, ilcd) (Entered: 03/31/2005) |
| 03/31/2005 | 3 | JUDGMENT denying petitioner's petition for writ of habeas corpus. (RK, ilcd) (Entered: 03/31/2005) |
| 03/31/2005 | | Filing fee: $ 5.00, receipt number P012378 (RK, ilcd) (Entered: 04/04/2005) |
| 06/01/2005 | 4 | NOTICE OF APPEAL as to 2 Order on Petition for Writ of Habeas Corpus (2241 & 2254) by Anthony R Hughes. (TK, ilcd) (Entered: 06/01/2005) |
| 06/02/2005 | 5 | Short Record of Appeal Sent to US Court of Appeals re 4 Notice of |

| | | |
|---|---|---|
| | | Appeal (TK, ilcd) (Entered: 06/02/2005) |
| 06/07/2005 | 6 | ORDER Entered by Judge Joe Billy McDade on 6/7/05. THE COURT WILL CONSTRUE 4 Notice of Appeal as a Motion for Certificate of Appealability, and is therefore DENIED. (TK, ilcd) (Entered: 06/07/2005) |
| 06/07/2005 | | Certified and Transmitted Record on Appeal to US Court of Appeals re 4 Notice of Appeal (TK, ilcd) (Entered: 06/07/2005) |