E-FILED

Tuesday, 21 June, 2005  12:31:00 PM
Clerk, U.S. District Court, ILCD





FILED
JUN 2 0 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
FAX: 309.671.7120

# United States District Court
## central district of illinois
### office of the clerk

JOHN M. WATERS
clerk of court

309 U.S. COURTHOUSE
100 N.E. MONROE STREET
PEORIA, ILLINOIS 61602

June 7, 2005

**05-2611**

GINO AGNELLO, CLERK
COURT OF APPEALS
219 S. Dearborn St.
Chicago, IL 60604

U.S.C.A.—7th Circuit
**RECEIVED**

JUN 1 0 2005  GW

GINO J. AGNELLO
CLERK

RE: Hughes v. Veach
D. C. Docket No. 05-1103
U. S. C. A. Docket No.

Dear Mr. Agnello:

I am sending you herewith the original/supplemental (delete inapplicable entry) record on appeal. It consists of the following:

1- Volumes of Pleadings

Volumes of Transcript

Volumes of Depositions

Volumes of Exhibits:

Impounded Exhibits:

Other (specify):

**ON AIMS**

JUN 1 3 2005

GW

U.S.C.A.—7th Circuit
**FILED**

JUN 1 3 2005  GW

GINO J. AGNELLO
CLERK

DOC. # _____

Please acknowledge date of receipt of the above-mentioned materials on the attached copy of this letter.

Very truly yours,

JOHN M. WATERS, CLERK

BY: s/ T. Kelch
Deputy Clerk