D. C.
Clerk
E-FILED
Thursday, 30 June, 2005  03:09:22 PM
Clerk, U.S. District Court, ILCD

# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

**FILED**

June 27, 2005

JUN 3 0 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

*By the Court:*

| | |
|---|---|
| ANTHONY R. HUGHES,<br>    Petitioner-Appellant, | ] Appeal from the United<br>] States District Court for<br>] the Central District of |
| No. 05-2611    v. | ] Illinois.<br>] |
| RICK V. VEACH, Warden,<br>    Respondent-Appellee. | ] No. 05 C 1103<br>]<br>] Joe Billy McDade,<br>]    Judge. |

    Upon consideration of the MOTION FOR EXTENSION OF TIME TO FILE REQUISITE MEMORANDUM, DECLARATION, JURISDICTIONAL MEMORANDUM AND APPLICATION TO PROCEED IN FORMA PAUPERIS, filed on June 22, 2005, by the pro se appellant,

    IT IS ORDERED that the motion is GRANTED. The appellant's responses to this court's orders dated June 8, 2005, are due by July 11, 2005. In addition, the appellant must either pay the required appellate fees or file a motion to proceed on appeal in forma pauperis with the clerk of the district court by July 11, 2005, or this appeal will be dismissed.