E-FILED
Monday, 11 July, 2005  01:36:51 PM
Clerk, U.S. District Court, ILCD

FILED
JUL 1 1 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Anthony R. Hughes
Reg. No. 04549-089
FCI Pekin
Post Office Box 5000
Pekin, Illinois 61555-5000

Appearing Pro Se

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

ANTHONY R. HUGHES,                )
                                  )
        Petitioner-Appellant,     )
                                  )
    v.                            )   Case Nos. [D.C.] 05-1103
                                  )             [C.A.] 05-2611
UNITED STATES OF AMERICA,         )
                                  )   **MOTION AND APPLICATION FOR**
        Respondent-Appellee.      )   **LEAVE TO PROCEED IN FORMA**
                                  )   **PAUPERIS**
                                  )
_____)

COMES NOW, petitioner-appellant, Anthony R. Hughes, appearing pro se, and respectfully moves this Honorable Court for leave to proceed in forma pauperis in the above-entitled appellate cause.

This motion is based on the attached application/declaration.

Dated:  July 6, 2005

                                        Respectfully submitted,


                                        *Anthony R. Hughes*
                                        Anthony R. Hughes

# United States District Court

CENTRAL DISTRICT OF ILLINOIS

**APPLICATION TO PROCEED IN FORMA PAUPERIS, SUPPORTING DOCUMENTATION AND ORDER**

ANTHONY R. HUGHES

V.

UNITED STATES OF AMERICA

CASE NUMBER: [DC] 05-1103
[CA] 05-2611

I, ANTHONY R. HUGHES, declare that I am the (check appropriate box)

[X] petitioner/plaintiff

[ ] movant (filing 28 U.S.C. 2255 motion)

[ ] respondent/defendant

[ ] _____ other

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding of the issues I intend to present on appeal are briefly stated as follows:

The district court erroneously denied my petition for writ of habeas corpus by (1) failing to recognize the applicability of the savings clause of 28 U.S.C. § 2255 and applying the same to my petition.

In further support of this application, I answer the following questions.

1. Are you presently employed? Yes [ ] No [X]
   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)

   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.

2. Have you received within the past twelve months any money from any of the following sources?

   a. Business, profession or other form of self-employment       Yes [ ]  No [X]
   b. Rent payments, interest or dividends?                        Yes [ ]  No [X]
   c. Pensions, annuities or life insurance payments?              Yes [ ]  No [X]
   d. Gifts or inheritances?                                       Yes [ ]  No [X]
   e. Any other sources?                                           Yes [ ]  No [X]

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

3. Do you own any cash, or do you have money in checking or savings accounts?
   Yes ☐    No ☒    (Include any funds in prison accounts.)
   If the answer is "yes," state the total value of the items owned.

4. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?
   Yes ☐    No ☒
   If the answer is "yes," describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

   I have a daughter, Bethany Hughes, & son, Tavin Hughes, both of whom are dependent on me.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  7/6/05            Anthony Hughes
              (Date)             Signature of Applicant

## CERTIFICATE
(Prisoner Accounts Only)

I certify that the applicant named herein has the sum of $ 181.40 on account to his credit at the FEDERAL CORRECTIONAL INSTITUTION institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution: N/A

I further certify that during the last six months the applicant's average balance was $ 306.79

                                        [signature]  CORRECTIONAL COUNSELOR
                                        Authorized Officer of Institution

## ORDER OF COURT

| The application is hereby denied | The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor. |
|---|---|
| _____  _____ <br> United States Judge     Date | _____  _____ <br> United States Judge     Date <br> or Magistrate Judge |

# Inmate Inquiry

| | | | |
|---|---|---|---|
| Inmate Reg #: | 04549089 | Current Institution: | Pekin FCI |
| Inmate Name: | HUGHES, ANTHONY | Housing Unit: | INDIANA |
| Report Date: | 07/06/2005 | Living Quarters: | B06-235L |
| Report Time: | 2:45:22 PM | | |

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 1560 |
| FRP Participation Status: | Participating |
| Arrived From: | |
| Transferred To: | |
| Account Creation Date: | 8/8/2001 |
| Local Account Activation Date: | 4/11/2002 3:47:52 PM |
| Sort Codes: | |
| Last Account Update: | 7/5/2005 10:27:06 AM |
| Account Status: | Active |
| ITS Balance: | $6.57 |

### FRP Plan Information

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|
| Unicor % | $0.00 | 50% |

## Account Balances

*AVERAGE 6 MONTH BALANCE $306.79*

| | |
|---|---|
| Account Balance: | $181.40 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $181.40 |
| National 6 Months Deposits: | $1,840.74 |
| National 6 Months Withdrawals: | $1,660.04 |
| National 6 Months Avg Daily Balance: | $18.94 |
| Local Max. Balance - Prev. 30 Days: | $362.72 |
| Average Balance - Prev. 30 Days: | $10.24 |

7/6/05

## Commissary History

### Purchases

Validation Period Purchases: $0.00
YTD Purchases: $1,194.89
Last Sales Date: 6/21/2005 4:53:49 PM

### SPO Information

SPO's this Month: 0
SPO $ this Quarter: $0.00

### Spending Limit Info

Spending Limit Override: No
Weekly Revalidation: No
Spending Limit: $290.00
Expended Spending Limit: $0.00
Remaining Spending Limit: $290.00

## Commissary Restrictions

### Spending Limit Restrictions

Restricted Spending Limit: $0.00
Restricted Expended Amount: $0.00
Restricted Remaining Spending Limit: $0.00
Restriction Start Date: N/A
Restriction End Date: N/A

### Item Restrictions

**List Name**   **List Type**   **Start Date**   **End Date**   **Userid**   **Active**

## Comments

Comments:



# All Transactions

| Inmate Reg #: | 04549089 | Current Institution: | Pekin FCI |
| Inmate Name: | HUGHES, ANTHONY | Housing Unit: | INDIANA |
| Report Date: | 07/06/2005 | Living Quarters: | B06-235L |
| Report Time: | 2:44:42 PM | | |

| Date/Time | User Id | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|---|
| 7/5/2005 10:27:06 AM | PEK2867 | FRP Unicor Pymt | ($181.32) | IP0074 | | $181.40 |
| 7/5/2005 10:27:06 AM | PEK2867 | Payroll - UNICOR | $362.65 | IP0072 | | $362.72 |
| 6/21/2005 4:53:49 PM | PEK1789 | Sales | ($2.65) | 4 | | $0.07 |
| 6/17/2005 11:11:15 AM | PEK1789 | Sales | ($4.40) | 32 | | $2.72 |
| 6/14/2005 5:02:49 PM | PEK1789 | Sales | ($4.65) | 4 | | $7.12 |
| 6/7/2005 4:46:31 PM | PEK1789 | Sales | ($104.75) | 1 | | $11.77 |
| 6/6/2005 10:20:38 AM | PEK4019 | FRP Unicor Pymt | ($116.27) | IP0063 | | $116.52 |
| 6/6/2005 10:20:38 AM | PEK4019 | Payroll - UNICOR | $232.55 | IP0062 | | $232.79 |
| 5/17/2005 5:43:41 PM | PEK8222 | Sales | ($6.90) | 39 | | $0.24 |
| 5/13/2005 11:35:10 AM | PEK7022 | Sales | ($4.40) | 36 | | $7.14 |
| 5/13/2005 11:28:07 AM | PEK7022 | Sales | $0.00 | 28 | | $11.54 |
| 5/10/2005 6:12:59 PM | PEK1789 | Sales | ($81.45) | 49 | | $11.54 |
| 5/6/2005 10:31:16 AM | PEK2867 | FRP Unicor Pymt | ($92.97) | IP0048 | | $92.99 |
| 5/6/2005 10:31:16 AM | PEK2867 | Payroll - UNICOR | $185.94 | IP0047 | | $185.96 |
| 4/19/2005 5:56:58 PM | PEK1789 | Sales | ($17.40) | 47 | | $0.02 |
| 4/15/2005 11:35:03 AM | PEK1789 | Sales | ($4.40) | 39 | | $17.42 |
| 4/12/2005 6:13:54 PM | PEK7022 | Sales | ($0.95) | 52 | | $21.82 |
| 4/12/2005 6:12:30 PM | PEK7022 | Sales | ($20.40) | 50 | | $22.77 |
| 4/8/2005 11:28:13 AM | PEK7022 | Sales | ($4.40) | 22 | | $43.17 |
| 4/5/2005 6:45:23 PM | PEK1789 | Sales | ($98.35) | 79 | | $47.57 |
| 4/4/2005 11:05:05 AM | PEK4019 | FRP Unicor Pymt | ($143.72) | IP0033 | | $145.92 |
| 4/4/2005 11:05:05 AM | PEK4019 | Payroll - UNICOR | $287.45 | IP0032 | | $289.64 |
| 3/17/2005 2:03:43 PM | PEK4019 | Court Fees | ($5.00) | | 1117 | $2.19 |
| 3/11/2005 1:43:20 PM | PEK4019 | Photo Copies | ($6.00) | JV0053 | | $7.19 |
| 3/9/2005 5:38:50 PM | PEK8222 | Sales | ($84.69) | 33 | | $13.19 |
| 3/7/2005 12:02:39 PM | PEK5717 | Sales | ($10.40) | 32 | | $97.88 |
| 3/7/2005 10:21:43 AM | PEK4019 | FRP Unicor Pymt | ($105.23) | IP0025 | | $108.28 |
| 3/7/2005 10:21:43 AM | PEK4019 | Payroll - UNICOR | $210.46 | IP0024 | | $213.51 |
| 2/16/2005 5:24:58 PM | PEK8222 | Sales | ($34.00) | 21 | | $3.05 |
| 2/9/2005 6:43:01 PM | PEK5717 | Sales | ($2.55) | 69 | | $37.05 |
| 2/9/2005 6:42:03 PM | PEK5717 | Sales | ($29.50) | 68 | | $39.60 |
| 2/9/2005 6:41:10 PM | PEK5717 | Sales | ($38.30) | 67 | | $69.10 |
| 2/7/2005 11:55:42 AM | PEK4059 | Sales | ($4.40) | 18 | | $107.40 |
| 2/7/2005 11:20:29 AM | PEK4019 | FRP Unicor Pymt | ($109.17) | IP0020 | | $111.80 |
| 2/7/2005 11:20:29 AM | PEK4019 | Payroll - UNICOR | $218.34 | IP0019 | | $220.97 |
| 1/19/2005 5:42:12 PM | PEK0505 | Sales | ($31.35) | 38 | | $2.63 |
| 1/12/2005 4:55:01 PM | PEK0505 | Sales | ($134.00) | 7 | | $33.98 |
| 1/10/2005 12:12:14 PM | PEK5717 | Sales | ($4.40) | 59 | | $167.98 |
| 1/7/2005 1:12:20 PM | PEK2867 | FRP Unicor Pymt | ($171.67) | IP0016 | | $172.38 |
| 1/7/2005 1:12:20 PM | PEK2867 | Payroll - UNICOR | $343.35 | IP0015 | | $344.05 |
| 12/23/2004 6:49:06 PM | PEK8222 | Sales | ($6.15) | 97 | | $0.70 |
| 12/20/2004 11:33:25 AM | PEK5717 | Sales | ($4.40) | 13 | | $6.85 |
| 12/10/2004 11:43:17 AM | PEK0505 | Sales | ($4.40) | 33 | | $11.25 |
| 12/9/2004 5:10:42 PM | PEK8222 | Sales | ($82.55) | 7 | | $15.65 |
| 12/6/2004 10:37:20 AM | PEK1357 | FRP Unicor Pymt | ($97.46) | IP0010 | | $98.20 |
| 12/6/2004 10:37:20 AM | PEK1357 | Payroll - UNICOR | $194.92 | IP0011 | | $195.66 |
| 12/2/2004 4:58:47 PM | PEK8222 | Sales | ($15.65) | 5 | | $0.74 |
| 11/29/2004 11:17:32 AM | PEK9505 | Sales | ($3.10) | 5 | | $16.39 |
| 11/23/2004 6:25:04 PM | PEK7022 | Sales | ($40.50) | 66 | | $19.49 |
| 11/19/2004 11:25:28 AM | PEK7022 | Sales | ($2.10) | 31 | | $59.99 |

1 2

7/6/05 AW