**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**

ANTHONY R. HUGHES,            )
                              )
    Petitioner,          )
                              )
v.                            )    Case No. 05-1103
                              )
UNITED STATES OF AMERICA,     )
                              )
    Respondent.          )

## ORDER

Before the Court is Petitioner's Application to Proceed In Forma Pauperis on Appeal [Doc. # 11]. Under 28 U.S.C. § 1915(a)(3), the Court is required to determine if Petitioner's appeal is taken in good faith. See Newlin v. Helman, 123 F.3d 429, 433-34 (7th Cir. 1997); Sperow v. Melvin, 153 F.3d 780, 781 (7th Cir. 1998). To determine that an appeal is taken in good faith, "a court need only find that a reasonable person could suppose that the appeal has some merit." Walker v. O'Brien, 216 F.3d 626, 632 (7th Cir. June 22, 2000).

Petitioner seeks habeas relief challenging his 1996 sentence based on the decision in United States v. Booker, Nos. 04-104 and 04-105, 2005 WL 50108 (U.S. Jan. 12, 2005). However, the Seventh Circuit has found that Booker does not apply retroactively to criminal cases that became final before its release on January 12, 2005. See McReynolds v. United States, Nos. 04-2520, 04-2632, 04-2844, 2005 WL 237642 (7th Cir. Feb. 2, 2005). Accordingly, the Court finds Petitioner's appeal is not taken in good faith and his motion is denied.

IT IS THEREFORE ORDERED that Petitioner's Application to Proceed In Forma Pauperis on Appeal [Doc. # 11] is DENIED.

Entered this   12th   day of July, 2005.

                                                                      s/Joe B. McDade
                                                         JOE BILLY McDADE
                                      United States District Judge