# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

CIRCUIT RULE 3(b) NOTICE

**E-FILED**
Wednesday, 20 July, 2005 03:49:55 PM
Clerk, U.S. District Court, ILCD

**FILED**
JUL 2 0 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Date: July 18, 2005

No. 05-2611

ANTHONY R. HUGHES,
    Petitioner - Appellant

v.

RICK V. VEACH, Warden,
    Respondent - Appellee

TO:    Anthony R. Hughes
    FEDERAL CORRECTIONAL INSTITUTION
    #04549-089
    P.O. Box 7000
    Pekin, IL 61555

Appeal from the United States District Court for the
Central District of Illinois
No. 05 C 1103, Joe Billy McDade, Judge

    This court's records indicate that on 07/12/05 the District Court denied your motion to proceed in forma pauperis.

Pursuant to Federal Rule of Appellate Procedure 24(a),

    **WITHIN THE NEXT 30 DAYS YOU MUST EITHER:**

1. Pay the required $250.00 docketing fee PLUS the $5.00 filing fee ($255.00 TOTAL) to the District Court Clerk. The Court of Appeals cannot accept this fee. You should keep a copy of the receipt for your records.

2. File a motion to proceed in forma pauperis with the Court of Appeals. An original and three (3) copies of that motion, with proof of service on your opponent, is required. This motion must be supported by an affidavit in the form of a sworn statement listing your assets and income.

    **IF ONE OF THE ABOVE ACTIONS IS NOT TAKEN WITHIN 30 DAYS FROM THE DATE LISTED ABOVE, YOUR CASE WILL BE DISMISSED, PURSUANT TO CIRCUIT RULE 3(b).**

(1085-110393)