# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

Submitted August 26, 2005
Decided September 15, 2005

FILED
SEP 19 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**Before**

Hon. RICHARD A. POSNER, *Circuit Judge*

Hon. DANIEL A. MANION, *Circuit Judge*

Hon. TERENCE T. EVANS, *Circuit Judge*

No. 05-2611

| | |
|---|---|
| ANTHONY R. HUGHES,<br>*Petitioner-Appellant,* | Appeal from the United States District<br>Court for the Central District of Illinois |
| v. | No. 05-1103 |
| RICK V. VEACH,<br>*Respondent-Appellee.* | Joe B. McDade,<br>*Judge.* |

## O R D E R

Anthony Hughes is serving 240 months' imprisonment for robbing three banks. He does not contest that he has already moved without success to vacate his conviction, but nevertheless filed this petition—purportedly under 28 U.S.C. § 2241—attacking his sentence under *United States v. Booker*, 125 S. Ct. 735 (2005). The district court properly dismissed for lack of jurisdiction because Hughes cannot demonstrate that § 2255 is inadequate to provide a remedy for his *Booker* claim. *See United States v. Prevatte*, 300 F.3d 795, 799-801 (7th Cir. 2002). We AFFIRM the district court's judgment. Hughes's motion to proceed in forma pauperis is DENIED.