

E-FILED
Wednesday, 09 November, 2005  11:16:25 AM
Clerk, U.S. District Court, ILCD

# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

Submitted August 26, 2005
Decided September 15, 2005

**FILED**

NOV - 8 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**Before**

Hon. RICHARD A. POSNER, *Circuit Judge*

Hon. DANIEL A. MANION, *Circuit Judge*

Hon. TERENCE T. EVANS, *Circuit Judge*

No. 05-2611

| | |
|---|---|
| ANTHONY R. HUGHES,<br>*Petitioner-Appellant,* | Appeal from the United States District<br>Court for the Central District of Illinois |
| v. | No. 05-1103 |
| RICK V. VEACH,<br>*Respondent-Appellee.* | Joe B. McDade,<br>*Judge.* |

**O R D E R**

Anthony Hughes is serving 240 months' imprisonment for robbing three banks. He does not contest that he has already moved without success to vacate his conviction, but nevertheless filed this petition—purportedly under 28 U.S.C. § 2241—attacking his sentence under *United States v. Booker*, 125 S. Ct. 735 (2005). The district court properly dismissed for lack of jurisdiction because Hughes cannot demonstrate that § 2255 is inadequate to provide a remedy for his *Booker* claim. *See United States v. Prevatte*, 300 F.3d 795, 799-801 (7th Cir. 2002). We AFFIRM the district court's judgment. Hughes's motion to proceed in forma pauperis is DENIED.

A True Copy:
Teste:
Clerk of the United States
Court of Appeals for the
Seventh Circuit

# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

## NOTICE OF ISSUANCE OF MANDATE

DATE: November 7, 2005

TO: John M. Waters
United States District Court
Central District of Illinois
Room 309
100 N.E. Monroe Street
Peoria, IL  61602

FROM: Gino J. Agnello, Clerk

RE: 05-2611
Hughes, Anthony R. v. Veach, Rick V.
05 C 1103, Joe Billy McDade, Judge

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any.  A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

[ ] No record filed
[X] Original record on appeal consisting of:

**ENCLOSED:**                                                 **TO BE RETURNED AT LATER DATE:**
[1]     Volumes of pleadings                    [ ]
[ ]     Volumes of loose pleadings              [ ]
[ ]     Volumes of transcripts                  [ ]
[ ]     Volumes of exhibits                     [ ]
[ ]     Volumes of depositions                  [ ]
[ ]     In Camera material                      [ ]
[ ]     Other_____      [ ]

        Record being retained for use           [ ]
        in Appeal No. _____

Copies of this notice sent to:       Counsel of record
[ ]     United States Marshal
[ ]     United States Probation Office

**NOTE TO COUNSEL:**
If any physical and large documentary exhibits have been filed in the above-entitled cause, they are to be withdrawn ten days from the date of this notice.  Exhibits not withdrawn during this period will be disposed of.

Please acknowledge receipt of these documents on the enclosed copy of this notice.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Received above mandate and record, if any, from the Clerk, U.S. Court of Appeals for the Seventh Circuit.
Date:_____    _____
(1071-120397)                            Deputy Clerk, U.S. District Court